**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel ESLAVA–ORDINOLA, a.k.a. Miguel Angel Eslava–Ordinola, a.k.a. Alejandro S. Sanchez, Defendant–Appellant.**

**No. 06–10287.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 23, 2008.

Christina Marie Cabanillas, Assistant U.S., Claire Kiehl Lefkowitz, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Miguel Eslava–Ordinola, Beaumont, TX, pro se.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Miguel Eslava–Ordinola appeals from the 51–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Eslava–Ordinola's counsel has filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.